FLORENCE T. NAKAKUNI   #2286
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Chief, Drug and Organized Crime Section

JONATHAN LOO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 440-9217
Facsimile:  (808) 541-2958
E-mail:     Jonathan.Loo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 06 2013

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG. NO. 13-0813 BMK |
|---|---|---|
| Plaintiff, | ) | CRIMINAL COMPLAINT |
| | ) | |
| vs. | ) | |
| | ) | |
| MALIA WATERS     (01) | ) | |
| ANN GOSLING,     (02) | ) | |
| MANUEL KALEIOPU  (03) | ) | |
| Defendants. | ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

Between on or about September 18, 2012 and on or about August 5, 2013, in the District of Hawaii, the defendants MALIA WATERS, ANN GOSLING and MANUEL KALEIOPU, did knowingly and intentionally conspire with each other and with others, known and unknown, to distribute and possess with intent to distribute

50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

I further state that I am a Task Force Officer with the Drug Enforcement Administration (DEA) and that this complaint is based on the following affidavit which is attached hereto and made a part of this complaint by this reference.

DATED:  HONOLULU, HAWAII: August 6, 2013.

_____
BURT K.A. AKANA
TASK FORCE OFFICER, DEA

Sworn and subscribed before me this 6th day of August, 2013.

_____
BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Burt K. A. Akana, after being duly sworn, deposes and says as follows:

1. I am presently a Task Force Officer with the U.S. Drug Enforcement Administration ("DEA"). I am currently assigned to the Honolulu District Office.

2. During September 2012, a Confidential Source (CS) told DEA agents that Malia WATERS was selling crystal methamphetamine which was being supplied by Ann GOSLING. The CS also said that he/she could purchase crystal methamphetamine from WATERS. The CS then communicated with WATERS via recorded telephone calls and text messages during which WATERS agreed to meet the CS' "friend" and sell him ounce quantities of crystal methamphetamine.

3. On September 18, 2012, the CS introduced WATERS to a DEA undercover officer (UC) who then purchased two (2) ounces of crystal methamphetamine from WATERS for $3,200.00. That transaction took place at 2011 N. School Street, Honolulu, Hawai'i. Agents conducted a field test on the two (2) ounces which was purchased, and it tested positive for methamphetamine. A laboratory analysis by the DEA Southwest Laboratory determined that this was 55.8 grams of 99.6% pure methamphetamine hydrochloride.

4. Agents conducting surveillance identified Lawrence RUDOLFO as the individual who drove WATERS to the location where she sold the crystal methamphetamine to the UC on September 18, 2012. After the transaction, agents observed RUDOLFO drop WATERS off at another location where WATERS was then observed meeting with GOSLING. WATERS and GOSLING were then observed departing that location together.

5. The same CS also provided GOSLING with the name and phone number of the UC as a potential customer. On December 26, 2012, GOSLING contacted the UC. Over the next several days, GOSLING and the UC communicated via recorded telephone calls and text messages during which GOSLING agreed to meet and sell the UC ounce quantities of crystal methamphetamine.

6. Between October 2, 2012 and October 3, 2012, the UC engaged in recorded telephone calls with WATERS who agreed to sell him ounce quantities of crystal methamphetamine for $1,600.00 per ounce.

7. On October 3, 2012, the UC purchased three (3) ounces of crystal methamphetamine from WATERS for $4,800.00 in the parking lot of 98-180 Kamehameha Highway, Aiea, Hawai'i. Agents conducted a field test of the three (3) ounces which was purchased, and it tested positive for methamphetamine. A laboratory analysis by the DEA Southwest Laboratory determined that this was 84.0 grams of 99.1% pure methamphetamine hydrochloride.

8. After the transaction, surveillance agents followed WATERS to the Waipahu area where she was observed meeting with an unknown male.

9. On December 28, 2012, the UC met with GOSLING where they continued their conversation regarding the purchase/sale of crystal methamphetamine.

10. On January 4, 2013, the UC purchased three (3) ounces of crystal methamphetamine from GOSLING for $4,950.00 near the corner of Kaheka Street and Rycroft Street in Honolulu, Hawai'i. Agents conducted a field test on the three (3) ounces which was purchased, and it tested positive for methamphetamine. A laboratory analysis by the DEA Southwest Laboratory determined that this was 83.9 grams of 99.8% pure methamphetamine hydrochloride.

11. Immediately prior to and following the transaction on January 4, 2013, surveillance agents observed GOSLING meeting with another known methamphetamine trafficker named Manuel KALEIOPU.

12. Between January 10, 2013 and January 15, 2013, the same UC engaged in recorded telephone conversations with GOSLING during which GOSLING agreed to meet and sell the UC three (3) ounces of crystal methamphetamine for $4,950.00. GOSLING also told the UC that the crystal methamphetamine would come from the same individual as the last time.

13. On January 15, 2013, the UC purchased three ounces of crystal methamphetamine from GOSLING for $4,950.00 near the

corner of Ahana Street and Rycroft Street in Honolulu, Hawai'i. Agents conducted a field test on the three (3) ounces which was purchased, and it tested positive for methamphetamine. A laboratory analysis by the DEA Southwest Laboratory determined that this was 83.6 grams of 99.8% pure methamphetamine hydrochloride.

14. Between July 17, 2013 and August 5, 2013, the same UC engaged in recorded telephone conversations with GOSLING during which GOSLING agreed to meet and sell the UC four (4) ounces of crystal methamphetamine for $1,600.00 per ounce. GOSLING also told the UC that the crystal methamphetamine would come from the same individual as the last time.

15. On August 5, 2013 GOSLING met with the UC. The UC then drove her to the Salt Lake Shopping Center where GOSLING relayed that she would meet with her Source of Supply to obtain the crystal methamphetamine. GOSLING also said that her Source of Supply had two (2) residences in the area and would probably be arriving in a red truck which he used for work.

16. While at the shopping center, the UC observed a large red truck entering the parking lot. GOSLING later entered the truck and departed the location. Assisting law enforcement officers followed the truck to 3045 Ala Napua'a Place and later observed KALEIOPU exiting the driver's door and then entering the building.

17. A short time later, law enforcement officers observed KALEIOPU exiting the building carrying a red colored bag and then re-enter the truck and depart that location. Law enforcement officers followed the truck back to the Salt Lake Shopping Center where GOSLING exited the truck and met with the UC.

18. GOSLING then handed the UC two (2) clear baggies containing suspected crystal methamphetamine which the UC weighed on a digital scale. The UC then gave GOSLING approximately $6,000.00 as payment which was inside of a white colored Subway plastic cup.

19. GOSLING then took the cup and walked over to the red truck where she and KALEIOPU were arrested by assisting law enforcement officers.

20. After their arrest, an additional amount of crystal methamphetamine was recovered from GOSLING'S purse. Also, during a search of the red truck, a red bag was searched yielding more suspected crystal methamphetamine. KALEIOPU also had small amount of crystal methamphetamine on his person.

21. The red truck bearing Hawai'i license plate RYX738 is registered to KALEIOPU. The address on KALEIOPU'S driver's license is 3045 Ala Napua'a Place #1320, Honolulu, HI 96818. KALEIOPU relayed that he lived at that address.

22. A search warrant was obtained and executed for 3045 Ala Napua'a Place #1320, Honolulu, Hawai'i 96818. In the living room was a large safe. Found within the safe was approximately 5,522 gross grams of suspected crystal methamphetamine.

23. All of the suspected crystal methamphetamine seized on August 5, 2013 and August 6, 2013 field tested positive for the presence of methamphetamine and has been sent to the DEA Southwest Laboratory for analysis.

FURTHER AFFIANT SAYETH NAUGHT.

_____
BURT K. A. AKANA
Task Force Officer, DEA

Subscribed and sworn to before me this 6th day of August, 2013.

_____
BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE